for the Eighth Circuit denied. *Mr. Julian C. Wilson, Mr. Walter P. Armstrong* and *Mr. Daniel W. Baker* for the petitioners. No appearance for the respondents.

---

No. 870. OSCAR J. WEEKS, ETC., PETITIONER, *v.* THE UNITED STATES. March 20, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Walter Jeffreys Carlin* for the petitioner. *The Attorney General* and *The Solicitor General* for the respondent.

---

No. 880. THE CITY OF COLORADO, TEXAS, PETITIONER, *v.* CLARISSE M. HARRISON. April 3, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Robert Toombs Neill* for the petitioner. *Mr. James T. Neville* for the respondent.

---

No. 894. ALVIN H. STOUT, PETITIONER, *v.* THE UNITED STATES. April 3, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. H. L. Stuart* and *Mr. W. A. Ledbetter* for the petitioner. No brief for the respondent.

---

No. 898. WILLIAM E. CRUTCHLEY, PETITIONER, *v.* NATIONAL FIREPROOFING COMPANY. April 3, 1916. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Daniel W. Baker* for the petitioner. *Mr. Walter C. Clephane* and *Mr. Alan O. Clephane* for the respondent.